UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 07 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDA CREED and TYLER RIBERIO,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>ALASKA STATE EMPLOYEES ASSOCIATION/AFSCME LOCAL 52 and KELLY TSHIBAKA, in her official capacity as Commissioner of Administration for the State of Alaska,<br><br>    Defendants - Appellees. | No. 20-35743<br><br>D.C. No. 3:20-cv-00065-HRH<br>U.S. District Court for Alaska, Anchorage<br><br>**MANDATE** |

The judgment of this Court, entered August 16, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7